```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ROBERT RASMUSSEN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-07-464 DLJ |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ROBERT RASMUSSEN, | ) |
|  | ) Date: November 6, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. D. Lowell Jensen |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for November 6, 2007 may be continued to December 4, 2007, at 9:00 a.m.

   This is a new case and only a small portion of discovery has been provided to date. Defense seeks additional time complete the discovery process and to review discovery with Mr. Rasmussen. For that reason, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on December 4,

1  2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

Dated: November 1, 2007                     /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for ROBERT RASMUSSEN


                                            McGREGOR SCOTT
                                            United States Attorney

Dated: November 1, 2007                     /s/ T. Zindel for M. Beckwith
                                            MICHAEL BECKWITH
                                            Assistant U.S. Attorney


**O R D E R**

The status conference is continued to December 4, 2007, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: November 5, 2007                     /s/ D. Lowell Jensen
                                            HON. D. LOWELL JENSEN
                                            United States District Judge

Stip. in U.S.A. v. R. Rasmussen         2