DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT RASMUSSEN,<br><br>　　　　　Defendant. | No. CR. S-07-464 DLJ<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:　January 22, 2008<br>Time:　9:00 a.m.<br>Judge: Hon. D. Lowell Jensen |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for January 22, 2008 may be continued to February 26, 2008, at 9:00 a.m.

　　　This case is a relatively new one and the defense seeks additional time to complete the discovery process and to review discovery with Mr. Rasmussen. For that reason, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on February 26, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated: January 16, 2008             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ROBERT RASMUSSEN


                                    McGREGOR SCOTT
                                    United States Attorney


Dated: January 16, 2008             /s/ T. Zindel for M. Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to February 26, 2008 at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: January 17, 2008             _____
                                    HON. D. LOWELL JENSEN
                                    United States District Judge

Stip. in U.S.A. v. R. Rasmussen         2