1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    ROBERT RASMUSSEN

7

8

9               IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,     )  No. CR. S-07-464 DLJ
                      )
13            Plaintiff,   )  **STIPULATION AND ORDER**
                      )  **CONTINUING STATUS CONFERENCE**
14     v.                 )  **AND EXCLUDING TIME**
                      )
15   ROBERT RASMUSSEN,         )
                      )  Date:   February 26, 2008
16           Defendant.   )  Time:   9:00 a.m.
                      )  Judge:  Hon. D. Lowell Jensen
17   _____ )

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20   of America, and defendant, Robert Rasmussen, that the status conference

21   scheduled for February 26, 2008 may be continued to April 1, 2008, at

22   9:00 a.m.

23      Defense seeks additional time to complete the discovery process,

24   conduct further interviews with Mr. Rasmussen, and continue ongoing

25   defense investigation.  For that reason, the parties agree that time

26   under the Speedy Trial Act should be excluded from the date of this order

27   through the status conference on April 1, 2008, pursuant to 18 U.S.C. §

28   3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 21, 2008            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ROBERT RASMUSSEN


                                    McGREGOR SCOTT
                                    United States Attorney

Dated: February 21, 2008            /s/ T. Zindel for M. Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney


                          **O R D E R**

    The status conference is continued to April 1, 2008 at 9:00 a.m.
Time under the Speedy Trial Act is excluded through that date for the
reasons stated above and by agreement of the parties, the court finding
that the ends of justice to be served by a continuance outweigh the best
interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated: February 21, 2008

                                    _____
                                    HON. D. LOWELL JENSEN
                                    United States District Judge