DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-07-464 DLJ |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ROBERT RASMUSSEN, | ) |
| | ) Date: April 1, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. D. Lowell Jensen |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference presently scheduled for April 1, 2008 may be continued to May 13, 2008, at 9:00 a.m.

Defense seeks additional time to complete the discovery process, conduct further interviews with Mr. Rasmussen, and continue ongoing defense investigation. For that reason, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on May 13, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: March 25, 2008                     /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for ROBERT RASMUSSEN


                                          McGREGOR SCOTT
                                          United States Attorney


Dated: March 25, 2008                     /s/ T. Zindel for M. Beckwith
                                          MICHAEL BECKWITH
                                          Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to May 13, 2008 at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: March 31, 2008

```
                                          /s/ D. Lowell Jensen
                                          HON. D. LOWELL JENSEN
                                          United States District Judge
```