DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT RASMUSSEN,<br><br>          Defendant.<br>_____ | No. CR. S-07-464 DLJ<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  July 1, 2008<br>Time:  8:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference presently scheduled for July 1, 2008 may be continued to August 5, 2008, at 8:30 a.m.

Defense seeks additional time to complete review of materials obtained from state counsel, conduct further legal research, and continue ongoing defense investigation. For that reason, the parties agree that time under the Speedy Trial Act should be excluded from the date of this

/////

/////

order through the status conference on August 5, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: June 26, 2008                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROBERT RASMUSSEN

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: June 26, 2008                /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney

## O R D E R

    The status conference is continued to August 5, 2008 at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated: June 27, 2008
                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge