```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROBERT RASMUSSEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-464 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| ROBERT RASMUSSEN, | Date: August 5, 2008 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ROBERT RASMUSSEN, that the status conference presently scheduled for August 5, 2008 may be continued to September 9, 2008 at 9:30 a.m.

Defense seeks additional time to conduct further legal research, and continue ongoing defense investigation.

For that reason, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status

///

///

1  conference on September 9, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A)
2  and (B)(iv)(Local Code T4).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: July 22, 2008                  /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for ROBERT RASMUSSEN


                                      McGREGOR SCOTT
                                      United States Attorney

Dated: July 22, 2008                  /s/ T. Zindel for M. Beckwith
                                      MICHAEL BECKWITH
                                      Assistant U.S. Attorney


### O R D E R

The status conference is continued to September 9, 2008 at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: July 23, 2008
                                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28