DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT RASMUSSEN,<br><br>    Defendant.<br>_____ | Case No. 2:07-CR-464 JAM<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  November 18, 2008<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ROBERT RASMUSSEN, that the status conference presently scheduled for November 18, 2008 may be continued to January 6, 2009 at 9:30 a.m.

Defense seeks additional time to conduct further legal research, and continue ongoing defense investigation.

For that reason, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status

///

///

conference on January 6, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated: November 13, 2008            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ROBERT RASMUSSEN


                                    McGREGOR SCOTT
                                    United States Attorney


Dated: November 13, 2008            /s/ T. Zindel for M. Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
```

## O R D E R

The status conference is continued to January 6, 2009 at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

```
Dated: November 13, 2008            /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge
```

Stip. in U.S.A. v. R. Rasmussen            2