```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ROBERT RASMUSSEN
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:07-CR-464 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ROBERT RASMUSSEN, | ) |
| Defendant. | ) Date: January 6, 2009 |
| | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ROBERT RASMUSSEN, that the status conference presently scheduled for January 6, 2009 may be continued to February 10, 2009 at 9:30 a.m.

Defense seeks additional time to conduct further legal research, and continue ongoing defense investigation.

For that reason, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status

///

///

conference on February 10, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: January 5, 2009                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROBERT RASMUSSEN


                                        McGREGOR SCOTT
                                        United States Attorney

Dated: January 5, 2009                  /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
```

### O R D E R

The status conference is continued to February 10, 2009 at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

```
Dated: January 2, 2009                  /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge
```

Stip. in U.S.A. v. R. Rasmussen         2