```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ROBERT RASMUSSEN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0464 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ROBERT RASMUSSEN, | ) |
| Defendant. | ) Date: February 10, 2009 |
| | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for February 10, 2009, may be continued to April 14, 2009, at 9:30 a.m.

Defense counsel seeks additional time to review extensive materials provided by previously-retained counsel and to conduct investigation relative to pretrial motions. Defense counsel is also scheduled to be in a complex four- to six-week jury trial beginning February 23, 2009. To afford additional time to prepare and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be

excluded from the date of this order through the status conference on April 14, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  February 6, 2009          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for ROBERT RASMUSSEN

                                  LAWRWENCE G. BROWN
                                  Acting United States Attorney

Dated:  February 6, 2009          /s/ T. Zindel for M. Beckwith
                                  MICHAEL BECKWITH
                                  Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 14, 2009, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  February 6, 2009          /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Judge