1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ROBERT RASMUSSEN
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,     ) No. 2:07-CR-0464 JAM
                                 )
13           Plaintiff,          ) **STIPULATION AND ORDER**
                                 ) **CONTINUING STATUS CONFERENCE**
14      v.                       ) **AND EXCLUDING TIME**
                                 )
15 ROBERT RASMUSSEN,             )
                                 ) Date:  April 14, 2009
16           Defendant.          ) Time:  9:30 a.m.
                                 ) Judge: Hon. John A. Mendez
17 _____ )

18

19     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20 of America, and defendant, Robert Rasmussen, that the status conference

21 scheduled for April 14, 2009, may be continued to June 9, 2009, at 9:30

22 a.m.

23     Defense counsel seeks additional time to review extensive materials

24 provided by previously-retained counsel and to conduct investigation

25 relative to pretrial motions.  Also, defense counsel is currently in a

26 complex jury trial during April and May. To afford additional time to

27 prepare and to assure continuity of defense counsel, the parties agree

28 that time under the Speedy Trial Act should be excluded from the date of

1 | this order through the status conference on June 9, 2009, pursuant to 18
2 | U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 8, 2009       /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for ROBERT RASMUSSEN


                           LAWRWENCE G. BROWN
                           Acting United States Attorney

Dated: April 8, 2009       /s/ T. Zindel for M. Beckwith
                           MICHAEL BECKWITH
                           Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 9, 2009, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: April 8, 2009       /s/John A. Mendez
                           HON. JOHN A. MENDEZ
                           United States District Judge