DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0464 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ROBERT RASMUSSEN, | ) |
| | ) Date: June 9, 2009 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for June 9, 2009, may be continued to August 18, 2009, at 9:30 a.m.

Defense counsel seeks additional time to review extensive materials provided by previously-retained counsel and to conduct investigation relative to pretrial motions.  Also, defense counsel is currently in a complex jury trial during June. To afford additional time to prepare and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through the status conference on August 18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                  Respectfully submitted,

                  DANIEL J. BRODERICK
                  Federal Defender

Dated: June 2, 2009         /s/ T. Zindel
                  TIMOTHY ZINDEL
                  Assistant Federal Defender
                  Attorney for ROBERT RASMUSSEN

                  LAWRWENCE G. BROWN
                  Acting United States Attorney

Dated: June 2, 2009         /s/ T. Zindel for M. Beckwith
                  MICHAEL BECKWITH
                  Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to August 18, 2009, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: June 2, 2009         /s/ John A. Mendez
                  United States District Judge