1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ROBERT RASMUSSEN
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        )   No. 2:07-CR-0464 JAM
                                    )
13              Plaintiff,          )   **STIPULATION AND ORDER**
                                    )   **CONTINUING STATUS CONFERENCE**
14      v.                          )   **AND EXCLUDING TIME**
                                    )
15 ROBERT RASMUSSEN,                )
                                    )   Date:  August 18, 2009
16              Defendant.          )   Time:  9:30 a.m.
                                    )   Judge: Hon. John A. Mendez
17 _____  )

18

19     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20 of America, and defendant, Robert Rasmussen, that the status conference

21 scheduled for August 18, 2009, may be continued to September 29, 2009, at

22 9:30 a.m.

23     Defense counsel seeks additional time to review extensive materials

24 provided by previously-retained counsel and to conduct investigation

25 relative to pretrial motions. Counsel for both parties are still

26 negotiating.  To afford additional time to prepare and to assure

27 continuity of defense counsel, the parties agree that time under the

28

Speedy Trial Act should be excluded from the date of this order through the status conference on September 29, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

Dated: August 12, 2009        /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for ROBERT RASMUSSEN

                                         LAWRWENCE G. BROWN
                                         Acting United States Attorney

Dated: August 12, 2009        /s/ T. Zindel for M. Beckwith
                                         MICHAEL BECKWITH
                                         Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to September 29, 2009, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: August 12, 2009        /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         United States District Judge