DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT RASMUSSEN,<br><br>        Defendant. | No. 2:07-CR-0464 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: September 29, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for September 29, 2009, may be continued to November 3, 2009, at 9:30 a.m.

Defense counsel seeks additional time to review extensive materials provided by previously-retained counsel and to conduct investigation relative to pretrial motions. (Review has been delayed because of the press of other business, including a lengthy jury trial and ongoing efforts to resolve older cases. Mr. Rasmussen is out of custody, aware of his rights under the Speedy Trial Act, and concurs in the requests to

extend time.)  To afford additional time to prepare and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on November 3, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 24, 2009   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ROBERT RASMUSSEN

LAWRWENCE G. BROWN
United States Attorney

Dated: September 24, 2009   /s/ T. Zindel for M. Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 3, 2009, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: September 25, 2009   /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

Stip. in U.S.A. v. R. Rasmussen                 2