DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROBERT RASMUSSEN,<br><br>                    Defendant.<br>_____ | No. 2:07-CR-0464 JAM<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  November 3, 2009<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for November 3, 2009, may be continued to December 15, 2009, at 9:30 a.m.

    This case was recently reassigned to A.U.S.A. Carolyn Delaney.  Both counsel seek additional time to review extensive materials provided by previous counsel.  Also, defense counsel believes that resolution of the case may be affected by policy guidance issued by the Department of Justice on October 19, 2009.  To afford additional time to prepare and to consult, the parties agree that time under the Speedy Trial Act should be

excluded from the date of this order through the status conference on December 15, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK<br>
Federal Defender

Dated: October 29, 2009          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for ROBERT RASMUSSEN


                                 LAWRWENCE G. BROWN
                                 United States Attorney

Dated: October 29, 2009          /s/ T. Zindel for C. Delaney
                                 CAROLYN DELANEY
                                 Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to December 15, 2009, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: October 29, 2009          /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 United States District Judge

Stip. & Order                    2