```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ROBERT RASMUSSEN
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. 2:07-CR-0464 JAM
                                   )
13              Plaintiff,         )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
14       v.                        )  AND EXCLUDING TIME
                                   )
15  ROBERT RASMUSSEN,              )
                                   )  Date: December 15, 2009
16              Defendant.         )  Time: 9:30 a.m.
                                   )  Judge: Hon. John A. Mendez
17  _____ )

18
```

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendant, Robert Rasmussen, that the status conference
21 scheduled for December 15, 2009, may be continued to January 26, 2010, at
22 9:30 a.m.

23      This case was recently reassigned to First Assistant U.S. Attorney
24 Carolyn Delaney.  Both counsel seek additional time to review extensive
25 materials provided by previous counsel.  Also, defense counsel is
26 presently handling several cases involving conduct arguably protected by
27 state medical marijuana laws; on October 19, 2009, the Department of
28 Justice issued new policy guidance of prosecution of these cases, but

1  time is needed to determine how this policy will affect pending cases,
2  including the case against Mr. Rasmussen.  To afford additional time to
3  consider these issues and to prepare, the parties agree that time under
4  the Speedy Trial Act should be excluded from the date of this order
5  through the status conference on January 26, 2010, pursuant to 18 U.S.C.
6  § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  December 11, 2009      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROBERT RASMUSSEN


                                        LAWRWENCE G. BROWN
                                        United States Attorney

Dated:  December 11, 2009      /s/ T. Zindel for C. Delaney
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney


**O R D E R**

19      The status conference is continued to January 26, 2010, at 9:30 a.m.
20  Time under the Speedy Trial Act is excluded through that date for the
21  reasons stated above and by agreement of the parties, the court finding
22  that the ends of justice to be served by a continuance outweigh the best
23  interests of the defendant and the public in a speedy trial.
24      IT IS SO ORDERED.

Dated:  December 11, 2009
                                        /s/John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge