DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. 2:07-CR-0464 JAM |
| ) | |
| Plaintiff,  ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v.  ) | **AND EXCLUDING TIME** |
| ) | |
| ROBERT RASMUSSEN,  ) | |
| ) | Date: January 26, 2010 |
| Defendant.  ) | Time: 9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____  ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for January 26, 2010, may be continued to March 9, 2010, at 9:30 a.m.

   This case was recently reassigned to First Assistant U.S. Attorney Carolyn Delaney. Both counsel seek additional time to review extensive materials provided by previous counsel. Also, defense counsel is presently handling several cases involving conduct arguably protected by state medical marijuana laws; on October 19, 2009, the Department of Justice issued new policy guidance of prosecution of these cases, but

time is needed to determine how this policy will affect pending cases, including the case against Mr. Rasmussen. To afford additional time to consider these issues and to prepare, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on March 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  January 22, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROBERT RASMUSSEN


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  January 22, 2010                /s/ T. Zindel for C. Delaney
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney
```

## **O R D E R**

The status conference is continued to March 9, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

```
Dated:  January 22, 2010                /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge
```

Stip. & Order                                2