DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROBERT RASMUSSEN, Defendant. | No. 2:07-CR-0464 JAM **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** Date:  March 9, 2010 Time:  9:30 a.m. Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for March 9, 2010, may be continued to May 11, 2010, at 9:30 a.m.

   This case was recently reassigned to First Assistant U.S. Attorney Carolyn Delaney.  Both counsel seek additional time to review extensive materials provided by previous counsel.  Also, defense counsel is presently handling several cases involving conduct arguably protected by state medical marijuana laws; on October 19, 2009, the Department of Justice issued new policy guidance of prosecution of these cases, but

time is needed to determine how this policy will affect pending cases, including the case against Mr. Rasmussen.  To afford additional time to consider these issues and to prepare, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on May 11, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: March 4, 2010                 /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for ROBERT RASMUSSEN

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: March 4, 2010                 /s/ T. Zindel for C. Delaney
                                      CAROLYN DELANEY
                                      Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to May 11, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: March 4, 2010                 /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Judge