DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT RASMUSSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT RASMUSSEN,<br><br>　　　　Defendant. | No. 2:07-CR-0464 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: May 11, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for May 11, 2010, may be continued to June 29, 2010, at 9:30 a.m.

　　　Counsel for Mr. Rasmussen requires further time to review discovery with him, and to negotiate with the government in an effort to resolve this matter. Also, defense counsel is presently handling several cases. To afford additional time to consider these issues and to prepare, the parties agree that time under the Speedy Trial Act should be excluded

from the date of this order through the status conference on June 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
Federal Defender

Dated: May 5, 2010                        /s/ T. Zindel
                                        TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ROBERT RASMUSSEN

                                        BENJAMIN B. WAGNER
United States Attorney

Dated: May 5, 2010                        /s/ T. Zindel for C. Delaney
                                        CAROLYN DELANEY
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 29, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: May 5, 2010
                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
United States District Judge