```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROBERT RASMUSSEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0464 JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| ROBERT RASMUSSEN, | ) | Date: August 10, 2010 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for June 29, 2010, may be continued to August 10, 2010, at 9:30 a.m.

Counsel for Mr. Rasmussen requires further time to review discovery with him, to complete investigation begun by prior counsel, and to confer with the government in an effort to resolve this matter. To afford additional time to complete these tasks and to further prepare, the parties agree that time under the Speedy Trial Act should be excluded

from the date of this order through the status conference on August 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 24, 2010          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for ROBERT RASMUSSEN


                               BENJAMIN B. WAGNER
                               United States Attorney


Dated:  June 24, 2010          /s/ T. Zindel for C. Delaney
                               CAROLYN DELANEY
                               Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 10, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.


Dated:  June 24, 2010
                                         /s/ John A. Mendez
                                         U.S. District Court Judge

Stip. & Order                            2