```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ROBERT RASMUSSEN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0464 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ROBERT RASMUSSEN, | ) |
|  | ) Date: September 21, 2010 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. John A. Mendez |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for September 21, 2010, may be continued to November 2, 2010, at 9:30 a.m.

   Counsel for Mr. Rasmussen continues to review discovery, investigation, and other materials collected by prior counsel and to consult with Mr. Rasmussen. Meanwhile, the Assistant U.S. Attorney assigned to the case (currently in trial) advises that the case may be transferred within her office for further proceedings. To afford

additional time to settle these issues, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on November 2, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                                  Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

Dated: September 16, 2010        /s/ T. Zindel
                                                  TIMOTHY ZINDEL
                                                 Assistant Federal Defender
                                                 Attorney for ROBERT RASMUSSEN


                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

Dated: September 16, 2010        /s/ T. Zindel for C. Delaney
                                                 CAROLYN DELANEY
                                               Assistant U.S. Attorney

# O R D E R

    The status conference is continued to November 2, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated: September 16, 2010        /s/ John A. Mendez
                                                 HON. JOHN A. MENDEZ
                                                 United States District Judge