```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ROBERT RASMUSSEN
7

8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0464 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ROBERT RASMUSSEN, | ) |
| | ) Date: November 2, 2010 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Rasmussen, that the status conference scheduled for November 2, 2010, may be continued to November 16, 2010, at 9:30 a.m.

   Counsel for Mr. Rasmussen continues to review discovery and other materials collected by prior counsel and to consult with Mr. Rasmussen. However, the parties have agreed to set pretrial motions and trial deadlines and have agreed to appear on November 16 to schedule the case, when both assigned counsel are available. Accordingly, the parties agree

that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on November 16, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
Federal Defender

Dated:  October 28, 2010        /s/ T. Zindel
                                        TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ROBERT RASMUSSEN

                                        BENJAMIN B. WAGNER
United States Attorney

Dated:  October 28, 2010        /s/ T. Zindel for C. Delaney
                                        CAROLYN DELANEY
Assistant U.S. Attorney

## O R D E R

The status conference is continued to November 16, 2010, at 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated:  October 28, 2010
                                        /s John A. Mendez
                                        HON. JOHN A. MENDEZ
United States District Judge